

# NUMBER 13-24-00655-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## INTEREST OF A.A.C., B.R.C., AND D.L.C. II, CHILDREN

## ON APPEAL FROM THE 267TH DISTRICT COURT
## OF GOLIAD COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva**

This cause is before the Court on its own motion. On December 23, 2024, appellant Linda A. Garcia filed a pro se notice of appeal attempting to appeal an order issued on May 22, 2024, in trial court cause number 22-01-1205-CV. On January 6, 2025, the Clerk of the Court notified appellant that the notice of appeal was not timely filed. The Clerk also notified appellant that if the defect was not corrected within ten days from the date of the notice, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(a).

Appellant has failed to respond to the clerk's notice or demonstrate that the appeal was timely perfected. We are to construe the rules of appellate procedure reasonably and liberally so that the right to appeal is not lost by imposing requirements not absolutely necessary to effectuate the purpose of a rule. *See Verburgt v. Dorner*, 959 S.W.2d 615, 616–17 (Tex. 1997). Furthermore, we are prohibited from enlarging the scope of our jurisdiction by enlarging the time for perfecting an appeal in a civil case in a manner not provided for by rule. *See* TEX. R. APP. P. 2; *In re T.W.*, 89 S.W.3d 641, 642 (Tex. App.—Amarillo 2002, no pet.).

Appellant's notice of appeal was untimely; therefore, we lack jurisdiction over the appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

CLARISSA SILVA
Justice

Delivered and filed on the
10th day of April, 2025.

2